IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOUGLAS E. MITTLESTADT,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 14-cv-423-jdp

ED WALL, LIZZIE TEGELS and
TOM MARQUARDT,

    Respondents.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition of Douglas E. Mittelstadt for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice.

| /s/ | 9/14/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |